IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMANTHA MARIE CARROLL,

    Plaintiff,

    v.                                                                                          Civ. No. 24-1211 KG/KK

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

    Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (Doc. 21), filed January 23, 2026. The parties have not filed any objections. The Tenth Circuit has held "that a party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Cir. 1996). The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *Id.* at 1059.

**IT IS THEREFORE ORDERED** that the Court adopts the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 21).

**IT IS FURTHER ORDERED** that Ms. Carroll's Motion seeking reversal of the Commissioner's unfavorable decision (Doc. 15) is **GRANTED**, the Commissioner's final decision is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings in

accordance with the Magistrate Judge's Proposed Findings and Recommended Disposition and this Order.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.