IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMANTHA MARIE CARROLL,

    Plaintiff,

v.                                                    Civ. No. 24-1211 KG/KK

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

The Court having granted Plaintiff's Motion seeking reversal of the Commissioner's unfavorable decision (Doc. 15), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Carroll under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on February 10, 2026. (Doc. 22.)

                                      /s/Kenneth J. Gonzales_____
                                      CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.